IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 10-3007-MJW-01 |
| KEVIN RAY HUNTER, | ) ) ) |
| Defendant. | ) |

## MOTION AND ORDER TO SEAL AFFIDAVIT

COMES NOW the United States of America, by and through Beth Phillips, United States Attorney for the Western District of Missouri, and hereby moves the Court to seal the Affidavit attached to the Complaint filed on February 3, 2010, as to the Defendant.

Respectfully submitted,

Beth Phillips
United States Attorney

By [signature]

Lawrence E. Miller
Assistant United States Attorney
Missouri Bar No. 39531

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED that the Affidavit attached to the Complaint filed, as to the Defendant in the above entitled case, be sealed.

[signature]
MATT J. WHITWORTH
Dated: February 3, 2010    United States Magistrate Judge